O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLANCA AZUCENA ORTEGA DE MINNELLA,<br><br>    Petitioner,<br><br>v.<br><br>SANTA ANA, CA FIELD OFFICE DIRECTOR US IMMIGRATION & CUSTOMS ENFORCEMENT,<br><br>    Respondent. | Case No. SACV 13-00068 JGB (FFM)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this action, the attached Report and Recommendation of United States Magistrate Judge ("Report"), and the objections thereto.  Good cause appearing, the Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

    IT THEREFORE IS ORDERED that Judgment be entered denying the Petition without prejudice.

Dated: June 19, 2013

HONORABLE JESUS G. BERNAL
United States District Judge