UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLANCA AZUCENA ORTEGA DE MINNELLA,<br>　　　　Petitioner,<br>　v.<br>SANTA ANA, CA FIELD OFFICE DIRECTOR US IMMIGRATION & CUSTOMS ENFORCEMENT,<br>　　　　Respondent. | Case No. SACV 13-00068 JGB (FFM)<br><br>JUDGMENT |

　　　Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　　IT IS ADJUDGED that the Petition is dismissed without prejudice.

Dated: June 19, 2013

_____
HONORABLE JESUS G. BERNAL
United States District Judge