UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLANCA AZUCENA ORTEGA DE MINNELLA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>SANTA ANA, CA FIELD OFFICE DIRECTOR US IMMIGRATION & CUSTOMS ENFORCEMENT,<br><br>　　　　Respondent. | Case No. SACV 13-00068 JGB (FFM)<br><br>JUDGMENT |

　　Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition is dismissed without prejudice.

Dated: June 19, 2013

　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HONORABLE JESUS G. BERNAL
　　　　　　　　　　　　　　　　　　　　　United States District Judge